UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND ET AL,

                    Plaintiffs,

             - v.-

DEPENDABLE OFFICE INSTALLATION, LLC

                    Defendant.
------------------------------------

14-cv-09502 (JGK)(HBP)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Pitman dated March 9, 2017. The time for filing Objections has passed and no Objections were filed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted. Therefore, the Court adopts the Report and Recommendation.

    Consequently, the Court directs the Clerk to enter judgment in favor of the plaintiffs and against the defendants as follows: (1) judgment in the amount of $1,042,943.46 with interest at the rate of 5.25% from October 28, 2014 to the date of the judgment; (2) attorneys' fees in the amount of $8,115.00; and (3) costs in the amount of $125.46.

The Clerk is directed to close this case. The Clerk is also directed to close all pending motions.

SO ORDERED.

Dated:  New York, New York
        March 25, 2017

                                          John G. Koeltl
                                   United States District Judge